UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NAUM SHKOLNIK,                          :
                                        :   Case No. 07 CV 0854 (GLS)(DRH)
                Plaintiff,              :
                                        :
        v.                              :
                                        :
PHILIPS MEDICAL SYSTEMS MR, INC.        :
                                        :
                Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


IT IS HEREBY STIPULATED AND AGREED by and among the parties, that the

above-captioned action, including all claims which are asserted or which could have been

asserted in the complaint, be dismissed in its entirety, with prejudice, with no award of counsel

fees or costs by the Court to either side.  A facsimile copy of this Stipulation will serve the same

purposes as an original signature.

Dated: December 18th, 2009

9

\10288425.2

Respectfully submitted,

**NAUM SHKOLNIK**

By: _____

Ronald G. Dunn (Bar No. 10553)
    rdunn@gdwo.net
Gleason, Dunn, Walsh & O'Shea
40 Beaver Street
Albany, NY 12207
Telephone: (518) 432-7511
Fax: (518) 432-5221
    Attorney for Plaintiff

Respectfully submitted,

**PHILIPS MEDICAL SYSTEMS MR, INC.**

By: _____

Michael J. DiMattia (Bar No. 105434)
    mdimattia@mcguirewoods.com
Philip A. Goldstein (Bar No. 514834)
    pagoldstein@mcguirewoods.com
1345 Avenue of the Americas
New York, New York 10105-0106
Telephone:  (212) 548-2100
Facsimile:  (212) 548-2150
    Attorney for Defendant

**SO ORDERED:**

_____
U.S. District Judge
Date: January 8, 2010

10

\10288425.2